In the Matter of the Petition of LOUIS H. WESTPHAL, Respondent, for an Award against the TOWN OF BROOKHAVEN, NEW YORK, etc., Appellant, for Injuries Sustained While Performing Duties as a Volunteer Fireman.— Judgment of the County Court of Suffolk county unanimously affirmed, with costs. No opinion.

Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ. [144 Misc. 729.]